Official Form 20A
(12/03)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  Shannon Whiite    Case No. 05-53501
                        Chapter 13
Debtor

**NOTICE OF CONVERSION to CHAPTER 7**

    Comes the Debtor, Shannon White, and notifies the Court of her decision to proceed under Chapter 7 of the Bankruptcy code WITHOUT HER HUSBAND.  His portion of the case having been dismissed.

Date  March  9, 2006

Signature  /s/ James F. Gibbs, Jr.
Name       James F. Gibbs, Jr. 84401
Address    Atty for the Debtor
           PO Box 20
           123 S. Main St
           Lawrenceburg, KY 40342